| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor 1 | Christopher S Basch |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of Ohio (Cleveland) |
| Case number | 17-15479 |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** JPMorgan Chase Bank, National Association

**Court claim no.** (if known): _____

**Date of payment change:**
Must be at least 21 days after date of this notice: 10/01/2017

**Last 4 digits** of any number you use to identify the debtor's account: 1 4 4 5

**New total payment:**
Principal, interest, and escrow, if any: $1076.14

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ 484.20     New escrow payment: $ 478.32

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change:

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Official Form 410S1          Notice of Mortgage Payment Change          page 1

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Grace Chang-Rodriguez             Date 10/29/2017
  Signature

Print: Grace Chang-Rodriguez             Vice President
       First Name  Middle Name  Last Name    Title

Company: JPMorgan Chase Bank, N.A.

Address: Chase Records Center Attn: Correspondence Mail
         Number          Street
         700 Kansas Lane, Mail Code LA4-5555
         Address 2
         Monroe                LA        71203
         City                  State     ZIP Code

Contact phone 866-243-5851        grace.chang-rodriguez@chase.com
                                  Email

# UNITED STATES BANKRUPTCY COURT

Northern District of Ohio (Cleveland)

Chapter 13 No. 17-15479
Judge: ARTHUR I HARRIS

In re:

Christopher S Basch

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before October 31, 2017 via filing with the US Bankruptcy Court's CM ECF system and/or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid

| | |
|---|---|
| Debtor: | By U.S. Postal Service First Class Mail Postage Prepaid |
| | Christopher S Basch |
| | 34152 Garrett Drive |
| | North Ridgeville OH 44039 |
| | By U.S. Postal Service First Class Mail Postage Prepaid |
| | N/A |
| Debtor's Attorney: | By U.S. Postal Service First Class Mail Postage Prepaid |
| | William C. Behrens |
| | The Dann Law Firm Co., LPA |
| | PO Box 6031040 |
| | Cleveland OH 44103 |
| | By U.S. Postal Service First Class Mail Postage Prepaid |
| | N/A |
| Trustee: | By U.S. Postal Service First Class Mail Postage Prepaid |
| | Lauren A Helbling |
| | Trustee |
| | 200 Public Square |
| | #3860 |
| | Cleveland OH 44114-2321 |

/s/Grace Chang-Rodriguez

Vice President

JPMorgan Chase Bank, N.A.



| | |
|---|---|
| Customer Service Center | 1-800-848-9136 |
| Monday - Friday | 8 a.m. - 12 a.m.(ET) |
| Saturday | 8 a.m. - 8 p.m. (ET) |
| Hearing Impaired (TDD) | 1-800-582-0542 |

01520 ECA  Z 26817 C -   ESU
CHRISTOPHER S BASCH
34152 GARRETT DR
NORTH RIDGEVILLE, OH   44039-2009

### Escrow: Taxes and Insurance Statement

| | |
|---|---|
| Loan Number | |
| Statement Date | 09/25/2017 |
| Review Period | 09/2017 to 09/2017 |
| **Escrow Surplus** | **$36.26** |

**Important Message**

For more information about escrow, visit chase.com/ManageMyMortgage.

If you are in bankruptcy or have been given a discharge for your bankruptcy, this letter is for information only. This letter is not an attempt to collect a debt. It is not an attempt to collect, assess or recover all or part of the debt from you. If a bankruptcy trustee is making your payments for you, please give a copy of this statement to the trustee.

Your escrow shortage amount does not include any actual shortage that might have been included before you filed for bankruptcy.

### Monthly Home Loan Payment

| | Current Payment | New Payment Effective 10/01/2017 |
|---|---|---|
| Principal & Interest | $597.82 | $597.82 |
| Escrow Account Deposit | $484.20 | $481.62 |
| Less: Account Balancer/Surplus | $0.00 | $-3.30 |
| **Total Payment Amount** | **$1,082.02** | **$1,076.14** |

Chase automatic mortgage payment customers: If your mortgage payment amount changes after an escrow analysis, we'll adjust your payment for you. **Other online bill payment service or military allotment customers:** If your mortgage payment changes after an escrow analysis, you will need to contact your financial services provider to adjust your payment.

### Summary

**Your escrow surplus of $36.26 will lower your monthly mortgage payment.**

Your escrow account has $36.26 more than was needed to pay your taxes and/or insurance. Because this amount is less than $50, it will stay in your account. The surplus will lower your monthly payment by $3.30 until your account reaches the minimum required balance of $708.56 (see chart at end of statement titled "Next Year: October 2017 to September 2018"). Until then, your monthly mortgage payment will be $1,076.14.

Keep this statement for your records. You do not need to do anything else.



## Balancing Your Escrow Account

There needs to be enough money in your escrow account to pay your property taxes and/or insurance. To do that, federal law allows us to require that you keep a minimum balance in your account. This cash reserve helps to cover any increase in taxes and/or insurance. Subject to state law limits, your minimum balance normally equals the amount of your escrow payments for about two months.

The payments made to and from your escrow account last year help predict your account activity for next year. This year's activity also helps predict what your lowest account balance is likely to be.[1]

To balance your escrow account, we compare what your lowest account balance will likely be next year with your minimum required balance. The difference between those two numbers tells us if you need to pay a shortage or if we need to give you a surplus refund.



| | |
|---|---|
| $708.56 | Your minimum required balance |
| $744.82 | Your estimated lowest account balance for 2018[1] |
| **$36.26** | **Your escrow account surplus** |

[1]See the "Estimated Escrow Account Activity" chart in this statement.

## Escrow Account History

The chart below compares this year's activity on your escrow account with our estimates. The estimated amounts came from your last escrow account review.

- Your most recent mortgage payment due was $1,082.02. Your mortgage payment includes principal and interest $597.82 and escrow money $484.20.
- At the time of your last escrow account review, your expected lowest balance was $713.72. The chart below shows that your actual lowest escrow balance was $744.72.

Note: changes in property taxes or insurance premiums create the difference between the estimated and actual amounts in the chart. An "E" in the chart below means expected activity that hasn't occurred yet.

*Indicates a difference between the estimated and actual amounts.

### This Year: September 2017 to September 2017

| Date | Activity | Estimated Amount | Actual Amount | | Estimated Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|---|
| | Starting Balance | | | | $1,508.86 | $1,508.86 |
| 09/2017 | Deposit | $484.20 | $484.20 | | | |
| | Withdrawal - FHA RISK BAS | $127.34 | $0.00 | * | $1,865.72 | $1,993.06 |
| 09/2017 | Withdrawal - HOMEOWNER IN | $1,152.00 | $1,121.00 | * | $713.72 | $872.06 |
| 09/2017 | Withdrawal - FHA RISK BAS | | $127.34 | * | $713.72 | $744.72 |
| 10/2017 | Deposit | $484.20 | $0.00 | * | | |
| | Withdrawal - FHA RISK BAS | $127.34 | $0.00 | * | $1,070.58 | $0.00 |
| 11/2017 | Deposit | $484.20 | $0.00 | * | | |
| | Withdrawal - FHA RISK BAS | $127.34 | $0.00 | * | $1,427.44 | $0.00 |
| 12/2017 | Deposit | $484.20 | $0.00 | * | | |
| | Withdrawal - FHA RISK BAS | $127.34 | $0.00 | * | $1,784.30 | $0.00 |
| 01/2018 | Deposit | $484.20 | $0.00 | * | | |
| | Withdrawal - FHA RISK BAS | $127.34 | $0.00 | * | $2,141.16 | $0.00 |
| 02/2018 | Deposit | $484.20 | $0.00 | * | | |
| | Withdrawal - FHA RISK BAS | $127.34 | $0.00 | * | $2,498.02 | $0.00 |
| 02/2018 | Withdrawal - COUNTY TAX | $1,565.13 | $0.00 | * | $932.89 | $0.00 |
| 03/2018 | Deposit | $484.20 | $0.00 | * | | |
| | Withdrawal - FHA RISK BAS | $127.34 | $0.00 | * | $1,289.75 | $0.00 |
| 04/2018 | Deposit | $484.20 | $0.00 | * | | |
| | Withdrawal - FHA RISK BAS | $127.34 | $0.00 | * | $1,646.61 | $0.00 |
| 05/2018 | Deposit | $484.20 | $0.00 | * | | |
| | Withdrawal - FHA RISK BAS | $127.34 | $0.00 | * | $2,003.47 | $0.00 |
| 06/2018 | Deposit | $484.20 | $0.00 | * | | |
| | Withdrawal - FHA RISK BAS | $127.34 | $0.00 | * | $2,360.33 | $0.00 |
| 07/2018 | Deposit | $484.20 | $0.00 | * | | |
| | Withdrawal - FHA RISK BAS | $127.34 | $0.00 | * | $2,717.19 | $0.00 |

**(Continued)**



**Escrow: Taxes and Insurance Statement**

| | |
|---|---|
| Loan Number | |
| Statement Date | 09/25/2017 |
| Review Period | 09/2017 to 09/2017 |
| **Escrow Surplus** | **$36.26** |

01520 ECA  Z 26817 C -  ESU
CHRISTOPHER S BASCH
34152 GARRETT DR
NORTH RIDGEVILLE, OH    44039-2009

### This Year: September 2017 to September 2017 (continued)

| Date | Activity | Estimated Amount | Actual Amount | Estimated Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|
| 07/2018 | Withdrawal - COUNTY TAX | $1,565.13 | $0.00 * | $1,152.06 | $0.00 |
| 08/2018 | Deposit | $484.20 | $0.00 * | | |
| | Withdrawal - FHA RISK BAS | $127.34 | $0.00 * | $1,508.92 | $0.00 |
| | Total Deposits | $5,810.40 | $484.20 | | |
| | Total Withdrawals | $5,810.34 | $1,248.34 | | |
| | Account Balance as of 09/2017 | | | | $744.72 |

### Expected Escrow Account Activity

The chart below estimates your escrow account balance for the next 12 months with your new monthly escrow account deposit of $481.62 and any anticipated withdrawals. The chart shows that you will reach your estimated lowest account balance of $744.82 in September 2018 (highlighted below). That is $36.26 more than your minimum required balance of $708.56.

### Next Year: October 2017 to September 2018

| Date | Activity | Estimated Amount | Actual Amount | Estimated Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|
| | Starting Balance | | | | $744.72 |
| 10/2017 | Deposit | $481.62 | | | |
| | Withdrawal - FHA RISK BAS | $127.34 | | $1,099.00 | |
| 11/2017 | Deposit | $481.62 | | | |
| | Withdrawal - FHA RISK BAS | $127.34 | | $1,453.28 | |
| 12/2017 | Deposit | $481.62 | | | |
| | Withdrawal - FHA RISK BAS | $127.34 | | $1,807.56 | |
| 01/2018 | Deposit | $481.62 | | | |
| | Withdrawal - FHA RISK BAS | $127.34 | | $2,161.84 | |
| 02/2018 | Deposit | $481.62 | | | |
| | Withdrawal - FHA RISK BAS | $127.34 | | $2,516.12 | |
| 02/2018 | Withdrawal - COUNTY TAX | $1,565.13 | | $950.99 | |
| 03/2018 | Deposit | $481.62 | | | |
| | Withdrawal - FHA RISK BAS | $127.34 | | $1,305.27 | |
| 04/2018 | Deposit | $481.62 | | | |
| | Withdrawal - FHA RISK BAS | $127.34 | | $1,659.55 | |
| 05/2018 | Deposit | $481.62 | | | |
| | Withdrawal - FHA RISK BAS | $127.34 | | $2,013.83 | |
| 06/2018 | Deposit | $481.62 | | | |
| | Withdrawal - FHA RISK BAS | $127.34 | | $2,368.11 | |
| 07/2018 | Deposit | $481.62 | | | |
| | Withdrawal - FHA RISK BAS | $127.34 | | $2,722.39 | |
| 07/2018 | Withdrawal - COUNTY TAX | $1,565.13 | | $1,157.26 | |
| 08/2018 | Deposit | $481.62 | | | |
| | Withdrawal - FHA RISK BAS | $127.34 | | $1,511.54 | |
| 09/2018 | Deposit | $481.62 | | | |
| | Withdrawal - FHA RISK BAS | $127.34 | | $1,865.82 | |
| 09/2018 | Withdrawal - HOMEOWNER IN | $1,121.00 | | $744.82 | |
| | Total Estimated Deposits | $5,779.44 | | | |
| | Total Estimated Withdrawals | $5,779.34 | | | |
| | Estimated Account Balance as of September 2018 | | | | $744.82 |



0000001 1824 170925 Page 2 of 3    01520

## Expected Escrow Account Payments

This section reflects the escrow activity that is expected to occur in the next 12 months. The "Total Tax and Insurance Monthly Payment Amount" at the bottom of this chart is your new monthly escrow deposit, as listed on page 1 of this statement.

| Tax | | | Insurance | | |
|---|---|---|---|---|---|
| Item | Annual Expense | Anticipated Date(s) of Payment | Item | Annual Expense | Anticipated Date(s) of Payment |
| COUNTY TAX | $1,565.13 | February 18 | FHA RISK BAS | $127.34 | October 17 |
| COUNTY TAX | $1,565.13 | July 18 | FHA RISK BAS | $127.34 | November 17 |
| | | | FHA RISK BAS | $127.34 | December 17 |
| | | | FHA RISK BAS | $127.34 | January 18 |
| | | | FHA RISK BAS | $127.34 | February 18 |
| | | | FHA RISK BAS | $127.34 | March 18 |
| | | | FHA RISK BAS | $127.34 | April 18 |
| | | | FHA RISK BAS | $127.34 | May 18 |
| | | | FHA RISK BAS | $127.34 | June 18 |
| | | | FHA RISK BAS | $127.34 | July 18 |
| | | | FHA RISK BAS | $127.34 | August 18 |
| | | | FHA RISK BAS | $127.34 | September 18 |
| | | | HOMEOWNER IN | $1,121.00 | September 18 |

**Total Tax and Insurance Monthly Payment Amount = $481.62**



A QUICK GUIDE TO UNDERSTANDING YOUR

# Annual Escrow Analysis



**Current Monthly Mortgage Payment**

**New Monthly Mortgage Payment**

**Escrow Account Summary**
This section shows that your escrow account has a surplus.

**Escrow Surplus Check**
Your surplus check will be attached here. Please detach and cash it.

**Escrow Account History**
The activity for your escrow account from the past year is shown here, along with what we estimated your payments would be.

**Expected Escrow Activity for Next Year**
We've calculated what we expect your escrow account balance will be for the coming year.

**Expected Escrow Payment for Next Year**
These are the tax and/or insurance amounts we expect to pay in the next 12 months, and when we expect to pay them. If you believe information is missing or incorrect, please call us at 1-800-848-9136.





## FREQUENTLY ASKED QUESTIONS

### Why am I getting an Escrow Analysis?
We run your Escrow Analysis annually so you know the amount of taxes and/or insurance we paid for you this past year with funds from your escrow account. We also include what we expect to pay next year.

### Why does my account have a surplus?
Your account balance is higher than the minimum balance required, so we're refunding the difference. If your refund is more than $50, your check is attached. If it's less than $50, we'll credit your escrow account with your surplus.

We calculate next year's monthly escrow payment based on your tax and/or insurance payment amounts at the time your analysis is run. If your taxes and/or insurance change, your escrow payment may change, resulting in a shortage or surplus next year.

### What is an escrow minimum balance?
For most accounts, the minimum required balance is equal to two months of escrow payments. This minimum balance helps cover any increases in your taxes and/or insurance over the next year.

## ESCROW RESOURCES

- View your annual Escrow Analysis online to see if your monthly mortgage payment is changing due to an increase or decrease in your property taxes and/or insurance at **chase.com/EscrowAnalysis.**

- For answers to more questions and to watch our informational video, visit **chase.com/Escrow.**

- To stay informed about activity from your escrow account throughout the year, sign up for free escrow alerts at **chase.com/Alerts.**

©2015 JPMorgan Chase & Co.

58699-ESU-0215



This payment change notice is filed in connection with a recent bankruptcy filing in order to establish the first post-petition mortgage payment. The date of the payment change is less than 21 days from the date of this notice as the filing of the instant bankruptcy prompted the change in the mortgage payment.